# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

PRISCILLA STUART BARDES ESTATE,

    Plaintiff

v.

QUALITY LOAN SERVICE, CORP., et al.,

    Defendants

Case No.: 2:19-cv-00836-APG-BNW

**Order**

Plaintiff Priscilla Stuart Bardes Estate has not provided a mailing address to which court filings may be sent. Because the plaintiff is not authorized to register as a filer in the court's electronic filing system, the plaintiff cannot receive documents through the provided email address. *See* LR IC 2-1. I therefore advise the plaintiff to provide a physical address (or Post Office Box number) to which filings may be sent. If the plaintiff does not provide a physical address or Post Office box number, she will not receive court filings either electronically or by mail. Instead, she will be responsible for checking the docket and obtaining copies of filings.

I am instructing the clerk of court to provide copies of this order and my prior order to the plaintiff via email as a one-time courtesy to the plaintiff. No further court filings will be provided to the plaintiff via email.

IT IS THEREFORE ORDERED that the clerk of court shall provide copies of this order and my prior order (ECF No. 11) to the plaintiff at TheUnitedStatesforAmerica@mail.com.

DATED this 6th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE